UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CARMEN O'MALLEY,

          Plaintiff,

-against-

THE GEO GROUP, INC., GEO TRANSPORT, INC. a/k/a GEO TRANSPORT SERVICES OF NEW YORK, WILLIAM ZERILLO, individually, and RALPH BURNSIDE, individually,

          Defendants.

---

Case No. 21-cv-00754 (WFK)(PK)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York

    October 18, 2021

Lewis Brisbois Bisgaard & Smith LLP

By: _/s/ Elior Shiloh_
Elior Shiloh, Esq.
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (212) 232-1300
Elior.shiloh@lewisbrisbois.com
Attorneys for Defendants

Ronkonkoma, New York

October 18, 2021

Campolo, Middleton & McCormick, LLP

By: _/s/ Yale Pollack_
Yale Pollack, Esq.
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
(631) 738-9100
ypollack@cmmllp.com
Attorneys for Plaintiff

SO ORDERED:

    s/WFK
    _____
    U.S.D.J.

4841-5277-2813.1